IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER ERIC ULERY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>OKLAHOMA COUNTY, )<br>)<br>Respondent. ) | Case No. CIV-23-00677-PRW |

## **ORDER**

This matter is before the Court on United States Magistrate Judge Amanda Maxfield Green's Report and Recommendation (Dkt. 5), recommending dismissal of Petitioner's action. On August 2, 2023, Magistrate Judge Green ordered (Dkt. 4) Petitioner to cure deficiencies in his initial petition. Petitioner was specifically directed to correct the form of the Petition, and to either pay the filing fee or file a motion to proceed *in forma pauperis*, before August 23, 2023. Plaintiff failed to cure the deficiencies within the given time, leading Magistrate Judge Green to recommend dismissal.

Petitioner submitted no objections to the Report and Recommendation (Dkt. 5). Rather, two days after the report was filed, Petitioner filed an Amended Petition (Dkt. 6). Not only is the Amended Petition untimely and still in improper form—namely, pages three through nine of the AO 242 habeas petition form and the information required therein is missing—but Petitioner has still not paid the filing fee or moved to proceed *in forma pauperis*. Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 5) and **DISSMISSES WITHOUT PREJUDICE** Petitioner's action.

1

**IT IS SO ORDERED** this 5th day of October 2023.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE